# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | 2:16-cr-0003-WTL-CMM |
| v. ) | |
| ) | |
| RODRICK JAMES, ) | |
|     Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Craig M. McKee's Report and Recommendation that Rodrick James' supervised release be revoked, pursuant to Title 18 U.S.C. Sec. 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. Sec. 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 14 months in the custody of the Attorney General. The Court makes the recommendation that the defendant be placed in a Bureau of Prisons facility located reasonably close to Terre Haute, Indiana, to the extent possible. Upon Mr. James release from confinement, he will not be subject to supervised release.

Date: 6/20/2017

                                                Hon. William T. Lawrence, Judge
                                                United States District Court
                                                Southern District of Indiana

Distribution:

All registered counsel via electronic notification

USMS

USPO